UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  09-CV-20473-SEITZ/O'SULLIVAN

**MARION H. KNIGHT, JR.,**

    Plaintiff,

v.

**PHILIPS SOUTH BEACH, LLC., a
foreign limited liability co., d/b/a
THE SHORE CLUB,
MORGANS HOTELS GROUP
MANAGEMENT, LLC d/b/a MGH
MANAGEMENT COMPANY, a Florida
limited liability company, KANYE
OMARI WEST, and GETTING OUT
OUR DREAMS, INC. d/b/a G.O.O.D
MUSIC d/b/a GOOD MUSIC, a foreign
corporation,**

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' DISCOVERY REQUESTS NOTICED FOR HEARING ON APRIL 1, 2010

THIS CAUSE comes before the Court upon the Defendants Amended Notice of Hearing **[DE 32]**. The Hearing was held on April 1, 2010.

At the April 1, 2010 hearing, Defendants sought the following:

1. An Order Compelling Plaintiff to file Better Answers to Interrogatories, propounded on June 11, 2009 and responded to on March 12, 2010;

2. An Order Compelling Plaintiff to Promptly Provide a Date Certain for the Taking of Plaintiff's Deposition and for an Order compelling Plaintiff to Attend the Deposition at said date;

3. An Order Compelling Plaintiff to Promptly Produce All Tax Returns as Requested in Defendant's Request to Produce, served on June 11, 2009 and responded to on March 12, 2010; and

4. An Order Compelling Plaintiff to Promptly Produce All Financial Records Demonstrating Losses Incurred by Plaintiff as Requested in Defendant's Request to Produce, served on June 11, 2009 and responded to on March 12, 2010.

Having heard arguments from counsel, it is hereby,

ORDERED and ADJUDGED as follows:

(1) Defendant's Requests are granted;

(2) Plaintiff has until April 15, 2010, to serve better Answers to Interrogatory # 10 and 23;

(3) Plaintiff shall appear for deposition at a mutually agreeable time on or before April 26, 2010. In the event that a mutually agreeable time is not reached, Plaintiff shall appear for deposition on April 26, 2010 at 10:00 am at the law offices of Josephs Jack, P.A.

(4) In the event this Court grants Plaintiff's Motion for Enlargement of Time to Complete Discovery, the Plaintiff shall be permitted to appear for deposition on or before May 26, 2010, but in no event later than sixty (60) days from the date discovery is scheduled to close.

(5) Plaintiff shall appear for a CME on a date adjacent to the date of the scheduled deposition.

(6)   Plaintiff shall provide authorizations and/or releases to enable the Defendants to obtain any and all financial information concerning the Plaintiff, including, but not limited to, Tax Returns, Bankruptcy Statements and Accounting Records.

DONE and ORDERED in Miami-Dade, Florida, this **7th** day of April, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

All Counsel of Record