UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-CV-20473-SEITZ/O'SULLIVAN

**MARION H. KNIGHT, JR.,**

    Plaintiff,

v.

**PHILIPS SOUTH BEACH, LLC., a foreign limited liability co., d/b/a THE SHORE CLUB, MORGANS HOTELS GROUP MANAGEMENT, LLC d/b/a MGH MANAGEMENT COMPANY, a Florida limited liability company, KANYE OMARI WEST, and GETTING OUT OUR DREAMS, INC. d/b/a G.O.O.D MUSIC d/b/a GOOD MUSIC, a foreign corporation,**

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court pursuant to an informal discovery conference held before the undersigned on June 3, 2010. Having heard argument from counsel, it is

ORDERED and ADJUDGED that the defendant's request to have this case dismissed for the plaintiff's failure to pay the $1300.00 as required by the undersigned's May 4, 2010, Order (DE #42) is DENIED. It is further

ORDERED AND ADJUDGED that on or before July 6, 2010, the plaintiff shall pay the $1300.00 ordered to be paid by the undersigned's May 4, 2010, Order (DE # 42) or submit to the Court an affidavit as to why the plaintiff's financial condition prevents him from paying the $1300.00. If the plaintiff chooses to submit the affidavit, he must attach

all supporting financial documents. It is further

ORDERED AND ADJUDGED that the deposition of Kanye Omari West shall be taken on or before June 18, 2010, somewhere in the United States. If the parties are unable to agree on a date and time, the deposition shall take place some place in the United States, on June 18, 2010, beginning at 10:00 A.M. The defendant shall provide the location of the deposition seven (7) days prior to the date of the deposition.

DONE and ORDERED in Miami-Dade, Florida, this 3rd day of June, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Seitz
All Counsel of Record