UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20473-CIV-SEITZ/O'SULLIVAN

MARION H. KNIGHT, JR.,

    Plaintiff,

v.

PHILIPS SOUTH BEACH, LLC., d/b/a
THE SHORE CLUB, an Illinois limited
liability company, *et al.*,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

THIS MATTER is before the Court on the parties' Notice of Mediation Hearing before Mediator [DE 50]. Upon review, it is

ORDERED that the mediation conference in this matter shall be held with Peter Abraham on August 26, 2010 at 10:00 a.m. at 2699 S. Bayshore Drive, 7th Floor, Miami, Florida 33133.

DONE AND ORDERED at Miami, Florida this 9th day of June, 2010.

                              PATRICIA A. SEITZ
                              UNITED STATE DISTRICT JUDGE

cc:    Judge O'Sullivan
        Counsel of Record