UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20473-CIV-SEITZ/O'SULLIVAN

MARION H. KNIGHT, JR.,

    Plaintiff,

v.

PHILIPS SOUTH BEACH, LLC., *et al.*,

    Defendants.

_____/

**ORDER GRANTING IN PART DEFENDANTS UNOPPOSED MOTION
TO EXCUSE ATTENDANCE AT MEDIATION OR
PERMIT ATTENDANCE BY TELEPHONE**

THIS MATTER is before the Court on Defendants Kanye Omari West and Getting Out Our Dreams, Inc.'s Unopposed Motion to Excuse Attendance at Mediation, or Alternatively, To Permit Attendance by Telephone. [DE 64]. The mediation in this matter is "scheduled to occur in Miami, Florida on August 26, 2010, a date on which Mr. West has had long-standing and significant business plans requiring his presence outside the continental United States." [*Id.* ¶ 5]. Accordingly, Mr. West and his record label, Getting Out Our Dreams, Inc. seek court approval to have an authorized representative appear on their behalf at the mediation. [*Id.* ¶ 8]. Alternatively, Mr. West requests permission to attend the mediation telephonically. The Court being otherwise fully advised in the premises, it is hereby

ORDERED that

(1) Defendants, Kanye Omari West's and Getting Out Our Dreams, Inc.'s, Unopposed Motion to Excuse Attendance at Mediation, or Alternatively, To Permit Attendance by Telephone [DE 64] is GRANTED IN PART.

(2) Defendant Kanye Omari West may attend the mediation by telephone. If Mr. West attends the mediation by telephone, Mr. West and Getting Out Our Dreams, Inc. still must have an authorized representative appear on their behalf at the mediation.

DONE and ORDERED in Miami, Florida, this 30th day of July, 2010.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Judge O'Sullivan
       Counsel of Record