UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-20473-CIV-SEITZ/O'SULLIVAN

MARION H. KNIGHT, JR.,

    Plaintiff,

v.

PHILIPS SOUTH BEACH, LLC, d/b/a
THE SHORE CLUB, an Illinois Limited Liability
Co., PHILIPS SOUTH BEACH, LLC, d/b/a THE SHORE
CLUB, a Delaware Limited Liability Co., MORGANS
HOTELS GROUP MANGEMENT, LLC d/b/a MGH
MANAGEMENT COMPANY, a Florida Limited Liability
Co., KANYE OMARI WEST, and GETTING OUT OUR DREAMS,
INC. d/b/a G.O.O.D MUSIC d/b/a GOOD MUSIC, a foreign
corporation,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

The Parties hereby provide this Court with a Notice of Settlement and inform the Court as follows:

1. On November 4, 2010, this Honorable Court granted Defendants' Motions for Summary Judgment and entered a Final Judgment [DE 97].

2. On January 3, 2011, the undersigned, on behalf of Defendants, Kanye West and Getting Out Our Dreams, Inc., filed a Motion to Tax Costs [DE 107].

3. Similarly, Co-Defendants, Morgans' Hotel Group Management, LLC, Philips South Beach, LLC (a Delaware limited liability company) and Philips South Beach, LLC (an Illinois limited liability company) Group, filed their respective Motion to Tax Costs [DE 108].

4. The Motions to Tax Costs has been fully briefed.

5. On December 3, 2010, Plaintiff, Marion H. Knight filed his Notice of Appeal [DE 98].

6. The parties have reached a confidential agreement to resolve all claims and issues. A Joint Stipulation for Dismissal of the Appeal was filed with the 11th Circuit Court of Appeals (see Exhibit "A"). The parties anticipate an order of dismissal will be forthcoming shortly.

7. Accordingly, the Defendants' Motions to Tax Costs [DE 107] [DE 108] are moot; this Court need not waste judicial resources determining the merits of Defendants' Motions.

8. The undersigned has conferred and confirmed with all parties and has authority to represent to this Court that all parties are in agreement with the filing of this Notice.

Respectfully submitted,

JOSEPHS JACK
2699 South Bayshore Drive, 7th Floor
Miami, FL 33133
Telephone: (305) 445-3800
Facsimile: (305) 448-5800

s/ Adam C. Josephs
ADAM C. JOSEPHS
Fla. Bar No.: 050895
acj@josephsjack.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2011, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/ Adam C. Josephs
                                                ADAM C. JOSEPHS
                                                Fla. Bar No.: 050895
                                                acj@josephsjack.com

SERVICE LIST
*Knight v. Philips South Beach, LLC et al,* CASE NO.: 1:09-CV-20473-PAS

Jay Green, Esquire
GREEN, ACKERMAN & FROST, P.A.
1200 North Federal Highway, Suite 301
Boca Raton, Florida  33432
Telephone:  (561) 347-2400
Facsimile:  (561) 955-9555

Daniel J. McCarthy, Esquire
HILL FARRER & BURILL, LLP
One California Plaza, 37th Floor
300 S. Grand Avenue
Los Angeles, CA 90071-3147
Telephone:  (213) 620-0460
Facsimile:  (213) 620-4840
dmccarthy@hillfarrer.com
**Counsel for Plaintiff, Marion H. Knight, Jr.**

Marc L. Brumer, Esquire
BRUMER & BRUMER, P.A.
SunTrust International Center
One Southeast Third Avenue – Suite 2900
Miami, Florida  33131
Telephone:  (305) 374 – 2000
Facsimile:  (305) 358 – 0303
mbrumer@brumerlaw.com
**Counsel for Plaintiff, Marion H. Knight, Jr.**